# Order

Michigan Supreme Court
Lansing, Michigan

September 10, 2007

Clifford W. Taylor,
Chief Justice

134443

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

_____

IN RE ALYSSA ANNE KEAST and
AMBER MARIE KEAST,
      Minors,

_____

DEPARTMENT OF HUMAN SERVICES,
      Petitioner-Appellee,

v

TIMOTHY ATWOOD and BARBARA ATWOOD,
      Respondents-Appellants,
v

                            SC: 134443
                            COA: 277354

and

                            Newaygo CC: 05-006388-NA

NICOLE COPPESS,
      Respondent-Appellee.

_____/

      On order of the Court, the application for leave to appeal the April 17, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 10, 2007

Clerk

p0830